

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> JOHN DOE, A/K/A PABLO ESQUIVEL, <br><br> Defendant. | **CRIMINAL NO.** <br><br> **VIOLATION:** *14Cf-10267* <br><br> Count I:   18 U.S.C. § 1542 <br> **(Passport Fraud)** <br><br> Forfeiture Allegation:   18 U.S.C. § 982 <br> **(Criminal Forfeiture Allegation)** <br><br> **FILED UNDER SEAL** |

**INDICTMENT**

**COUNT ONE:**      **18 U.S.C. § 1542**      **(Passport Fraud)**

The Grand Jury charges that:

On or about May 10, 2008, at or near Boston, in the District of Massachusetts,

**JOHN DOE, A/K/A PABLO ESQUIVEL,**

defendant herein, willfully and knowingly made false statements in an application for a United States passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws.

All in violation of Title 18, United States Code, Section 1542.

**FORFEITURE ALLEGATIONS:**    **18 U.S.C. § 982(a)(6)(A)**

The Grand Jury further charges that:

1.      Upon conviction of the offense alleged in Count One of this Indictment,

**JOHN DOE, A/K/A PABLO ESQUIVEL,**

defendant herein, shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(6)(A), (i) any

conveyance, including any vessel, vehicle, or aircraft used in the commission of such offense;

(ii) any property, real or personal, that constitutes or is derived from or is traceable to the

proceeds obtained directly or indirectly from the commission of such offense, or (iii) any

property, real, or personal, that is used to facilitate, or is intended to be used to facilitate, the

commission of such offense.

2.      If any of the forfeitable property, as described in paragraph 1 above, as a result of

any act or omission of the defendant:

        a)      cannot be located upon the exercise of due diligence;

        b)      has been transferred or sold to, or deposited with, a third person;

        c)      has been placed beyond the jurisdiction of the Court;

        d)      has been substantially diminished in value; or

        e)      has been commingled with other property which cannot be subdivided
        without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C.

§ 982(b), to seek forfeiture of any other property of the defendant up to the value of the property

described in paragraph 1 above.

All pursuant to Title 18, United States Code, Section 982(a)(6)(A).

A TRUE BILL

FOREPERSON OF THE GRAND JURY

CARLOS A. LÓPEZ
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS; September 16, 2014.

Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK

12:55p.